# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY RUEHLING, individually, and
On behalf of all others similarly situated,

    Plaintiffs,

v.                                                      Case No. 12-cv-60297-WPD

FLORIDA DEPARTMENT OF HEALTH,
DR. JOHN H. ARMSTRONG, FACS,
In his official capacity acting as State
Surgeon General for the Florida Department
Of Health; ANA M. VIAMONTE ROS, M.D.,
M.P.H., Individually, and JENNIFER
TSCHETTER, individually.

    Defendant.                          **Notice of 30(b)(6)**
                                                  **Deposition of Corporate**
                                                    **Representative of**
                                                    **FLORIDA DEPARTMENT OF**
                                                    **HEALTH**

### NOTICE OF TAKING DEPOSITION

     **PLEASE TAKE NOTICE THAT**, under Fed. R. Civ. P. 36(b)(6), the Plaintiff will take the deposition upon oral examination of Corporate Representative of Defendant, FLORIDA DEPARTMENT OF HEALTH ( hereafter "Defendant"), regarding the matters listed below.

     The deposition will take place at **10:00 a.m**. on **April 22, 2013** at **Feldman Morgado, 501 N. Reo Street, Tampa, FL 33609** and will continue from day to day thereafter until completed. The deposition may be recorded by sound, stenographic

and/or video means. You are invited to attend and participate in the examination if you so desire.

Defendant is requested to designate the 30(b)(6) witness or witnesses most knowledgeable and prepared to testify fully on behalf of the Defendant regarding the following topics of information:

## TOPICS FOR TESTIMONY

1. All matters alleged in Plaintiff's Amended Complaint.

Respectfully submitted this 20th day of March, 2013 by:

/s/ *Dale J. Morgado*
Dale J. Morgado, Esq.
FELDMAN MORGADO, P.A.
100 N. Biscayne Blvd
29th Floor, Suite 2902
Miami, FL 33132
T: (305)-222-7850
F: (305)-384-4676
E: dmorgado@ffmlawgroup.com

*Attorney for the Plaintiffs*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on March 20, 2013, I served the foregoing via email, fax and regular mail upon the following:

Phillip P. Quaschnick
Assistant Attorney General
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
F: 850-488-4872
E: phillip.quaschnick@myfloridalegal.com

/s/ *Dale J. Morgado*
Dale J. Morgado, Esq.
Feldman Morgado, P.A.
100 North Biscayne Boulevard
29th Floor, Suite 2902
Miami, Florida 33132
T: 305-222-7850
F: 305-384-4676
E. dmorgado@ffmlawgroup.com