# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

The following cases are set for trial before United States District Judge Mary S. Scriven during the **MAY 2015 Trial Term**, **commencing on Monday, MAY 4, 2015**, in Courtroom 10B at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida. The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed prior to their own. PLEASE NOTE:  Cases appearing on this calendar are also subject to being tried by a Visiting Judge should such need arise. **Cases not reached during this trial term will be placed at the beginning of the following month's trial term**.

\*\*\*         **CRIMINAL AND CIVIL JURY TRIALS: Seven (7) days prior to jury selection (unless otherwise directed by the Court)** , proposed **joint** jury instructions, **joint** verdict forms and *voir dire,* shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made.  In addition, please email a courtesy copy of your jury instructions and verdict form in Word format to Chambers at: **chambers_flmd_scriven@flmd.uscourts.gov**.  \*\*\*

\*\*\*         **CRIMINAL JURY TRIALS: Seven (7) days prior to jury selection (unless otherwise directed by the Court)**, parties shall email, in Word format, a **joint redacted indictment** to Chambers at: chambers_flmd_scriven@flmd.uscourts.gov.  \*\*\*

\*\*\*         **CIVIL NON JURY TRIALS: Seven (7) days prior to the beginning of trial (unless otherwise directed by the Court)**, trial briefs (if applicable) and proposed findings of fact and conclusions of law shall be filed with the Clerk of Court and served on opposing counsel.  Failure to comply with this deadline may result in the imposition of sanctions. In addition, please email the proposed findings of fact and conclusions of law in Word format to Chambers at: **chambers_flmd_scriven@flmd.uscourts.gov**.  \*\*\*

Exhibit lists **and** witness lists shall be **electronically filed no later than the morning of trial.** All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition**, a three-ring binder containing copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk** the morning of trial for the Court's use.

Counsel for defendants on bond shall notify those defendants when the case is called for trial and that their presence is required.

Counsel shall notify the Court if an interpreter is required.

Counsel, as well as any *pro se* party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs. Changes of pleas pursuant to plea agreements must be entered 24 hours prior to the start of the trial, the Court will not accept any plea agreements after that date. Defendants will be required to plead to the indictment without regard to any agreement with the Government.

**Counsel and their witnesses are expected to be available on Twenty-Four (24) hours notice**.  Witnesses must wear proper business attire which includes the requirement that gentlemen wear a coat and tie.

Note: All persons entering the Courthouse must present photo identification to Court Security personnel. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: 6:13-mc-00094-ACC. Pro Se litigants may only be permitted to bring electronic devices into the courthouse upon a filing of an appropriate motion.

_____

CASE NO. 1
Change of Plea Hearing set for 4/27/2015 at 11:00 AM

8:15-cr-00021-MSS-AEP                              JURY TRIAL ELT: 3 DAYS

UNITED STATES OF AMERICA                   JAMES PRESTON 813/274-6000

v.

FLORIANO FLORESMILO CACIERRA-RUA (custody)   JENNY DEVINE 813/228-2715
SIDNEY ENRIQUE ANAY-CASTILLO (custody)       JASON MAYBERRY 727/771-3847
HERNAN GARCIA CABEZAS  (custody)             SCOTT ROBBINS  813/258-2909

*Spanish interpreter required as to all Defendants*
_____

CASE NO. 2

8:12-cv-02724-MSS-TGW                         BENCH TRIAL ELT: 5 DAYS

GARY RUEHLING                                 DALE MORGADO 855/899-9121
                                              R. EDWARD ROSENBERG 855/899-9121

v.

DR. JOHN H. ARMSTRONG, M.D., FACS             ALEX ERSHOCK 850/414-3300
                                              KAREN BRODEEN 850/414-3665

_____

CASE NO. 3

8:13-cv-01759-MSS-TGW                         BENCH TRIAL ELT: 3-4 DAYS

SCOTT MACIVER                                 KATHRYN PISCITELLI 407/491-0143
                                              PETER HELWIG 863/648-2958

v.

CITY OF LAKELAND, FLORIDA                     KRISTIE HATCHER-BOLIN 863/284-2200
                                              MARK MILLER    863/284-2200

_____

_____

CASE NO. 4

| | |
|---|---|
| 8:13-cv-01850-MSS-EAJ | JURY TRIAL ELT: 3 DAYS |
| RAUL CABRERA | ROBERT NORELL 954/617-6017 |
| v. | |
| THE FLORIDA EXPRESS BUS, LLC | ADAM RUSSO 407/926-2455 |

_____

**DONE and ORDERED in Tampa, Florida this 24th day of April, 2015.**

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE