UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GARY RUEHLING, individually and on
behalf of all others similarly situated,**

    Plaintiff,

v.                                                    Case No. 8:12-cv-2724-T-35TGW

**DR. JOHN H. ARMSTRONG, M.D., FACS,
in his official capacity acting as State Surgeon
General for the Florida Department of Health
and individually,**

    Defendant.
_____/

## **DEFENDANT'S UNOPPOSED MOTION FOR PROTECTION OF DATES**

Defendant, Dr. John H. Armstrong, M.D., FACS, in his official capacity as State Surgeon General, moves for the protection of certain dates in which his counsels are unavailable for trial, pretrial conference, motion hearing, or any other matter involving a personal appearance of counsel. Defendant asks that the dates of May 13, 14, 21, and 22, 2015, be protected. Defendant's lead counsel, Karen Brodeen, is registered to take a board certification exam on May 14 in Tampa. She registered and paid for the exam since October 31, 2014. The certification exam is offered only once a year by the Florida Bar and cannot be rescheduled. It will have a morning and an afternoon session. As she lives in Tallahassee, she will require a five-hour travel day on May 13 to Tampa. Defendant's co-counsel Alex Ershock is scheduled to attend a civil rights conference presented by the National Association of Attorneys General in Austin, Texas on May 21-22, as the Florida Office of Attorney General's designee and sole attendee at the conference. The undersigned conferred with Ed Rosenberg, counsel for Plaintiff, by phone on April 24, 2015, and he does not oppose this motion.

Based on the above, Defendant respectfully requests that the dates of May 13, 14, 20, and 21 be protected from scheduling trial, pre-trial conference, or any other event requiring an in-person appearance.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ *Karen A. Brodeen*
**KAREN A. BRODEEN**
Senior Assistant Attorney General
Florida Bar No. 512771
karen.brodeen@myfloridalegal.com

/s/ *Alex Brandon Claude Ershock*
**ALEX B. C. ERSHOCK**
Assistant Attorney General
Florida Bar No. 100220
alex.ershock@myfloridalegal.com

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414–3300
Facsimile: (850) 488-4872
*Counsel for Dr. John H. Armstrong*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2015, I electronically filed the foregoing document with the court using CM/ECF, which will electronically serve a true and correct copy on all counsel of record.

/s/ *Alex Brandon Claude Ershock*
**ALEX B. C. ERSHOCK**