UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GARY RUEHLING, individually,**

    Plaintiff,

v.                                                          **Case No: 8:12-cv-2724-T-35TGW**

**JOHN H ARMSTRONG, FACS, in his official capacity acting as State Surgeon General for the Florida Department of Health,**

    Defendant.

_____/

**ORDER SETTING FINAL PRETRIAL CONFERENCE AND TRIAL**

**THIS CAUSE** comes before the Court for consideration of the Unopposed Motion for a Final Pretrial Conference (Dkt. 95) filed by Defendant, Dr. John H. Armstrong, in his official capacity as the State Surgeon General for the Department of Health ("Dr. Armstrong"). Plaintiff, Gary Ruehling, does not oppose the Motion. Dr. Armstrong informs the Court that the Parties will be prepared to argue their pending cross-Motions for Summary Judgment in addition to any other evidentiary issues at the pretrial conference, if necessary. The Court has taken under advisement the Parties' cross-Motions for Summary Judgment (Dkt. 79, 81) and certain issues remain unresolved. Therefore, the Court determines that setting this matter for a final pretrial conference and trial, if necessary, is warranted at this time.

Accordingly, a final pretrial conference is set in this matter for **Tuesday, May 26, 2015 at 9:00 AM**, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 10B, before United States District Judge Mary S. Scriven. The Parties shall

come prepared to address all outstanding motions, including any issues within the cross-Motions for Summary Judgment which remain outstanding at that time; the Joint Pretrial Statement, including attachments; and any other matters that may facilitate the just, speedy, and inexpensive disposition of the action during trial.

Upon resolution of all outstanding motions and issues which may remain, the scheduled **BENCH TRIAL WILL COMMENCE, if necessary**, immediately thereafter on **Tuesday, May 26, 2015**, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 10B. The Parties shall be prepared to present any evidence on their claims at this time. One (1) day has been reserved to try this matter. This is a specially set trial date and it will not be continued absent extenuating circumstances.

All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition, a three-ring binder containing courtesy copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk the morning of trial for the Court's use.

All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of May, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2